## SCHEDULE A

| Momcozy Model | Amazon ASIN No. |
|---|---|
| S9 | B095253RBM |
| S9 | B09JFQD3LG |
| S12 | B09PY8R8BV |
| S9 Pro | B0BYH2PM3Z |
| S12 Pro | B09VPRJ258 |
| M1 | B09X1GGP5Y |
| M5 | B0BG4GSSFL |
| S9PRO | B0B74Q2L41 |
| M5 | B0C1P5FNMC |
| M5 | B0C1P188SK |

Accessed 7/19/2023