IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| DAO HEALTH, | |
|---|---|
| Plaintiff, | Civil Action No. 1:23-cv-04885 |
| v. | Hon. Thomas M. Durkin |
| SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., | |
| Defendant. | |

## JOINT DISCOVERY SCHEDULE

Pursuant to the Court's Order (D.I. 15, D.I. 27), the parties' jointly submit the following discovery schedule based on the Court's Local Patent Rules:

| *Event* | *Deadline* |
|---|---|
| LPR 1.3. Fact Discovery Opens | January 25, 2024 |
| LPR 2.1. Initial Disclosures | January 25, 2024 |
| LPR 2.2. Initial Infringement Contentions | February 8, 2024 |
| LPR 2.3 & 2.4. Initial Non-Infringement, Invalidity, and Unenforceability Contentions and Document Production | February 22, 2023 |
| LPR 2.5. Initial Response to Non-Infringement, Invalidity, and Unenforceability Contentions | March 7, 2024 |
| LPR 3.1(a)(1). Identify Asserted Claims for Final Infringement Contentions | June 20, 2024 |
| LPR 3.1(a)(2). Final Infringement Contentions | July 9, 2024 |
| LPR 3.1(b) & 3.3. Final Invalidity and Unenforceability Contentions and Document Production | July 9, 2024 |
| LPR 4.1(a). Exchange of Claim Construction Terms | July 25, 2024 |
| LPR 4.1(b). Last Day to Meet and Confer on Claim Terms | August 1, 2024 |
| LPR 3.2(a). Final Non-Infringement Contentions | August 8, 2024 |
| LPR 3.2(b). Final Enforceability and Validity Contentions | August 8, 2024 |
| LPR 1.3. Fact Discovery Closes | August 22, 2024 |
| LPR. 4.2(a). Dao Health's Opening Claim Construction Brief | August 29, 2024 |
| LPR. 4.2(b). Joint Appendix | August 29, 2024 |
| LPR. 4.2(c). Root Technology's Responsive Claim Construction Brief | September 19, 2024 |
| LPR. 4.2(d). Dao Health's Reply Claim Construction Brief | October 3, 2024 |

| | |
|---|---|
| LPR. 4.2(f). Joint Claim Construction Chart | October 10, 2024 |
| LPR. 4.3. Deadline for Claim Construction Hearing (if not ordered otherwise) | October 31, 2024 |
| LPR 1.3. Fact Discovery May Resume if so Ordered | Upon claim construction ruling |
| LPR 3.6. Fact Discovery Relating to Advice of Counsel Begins | 7 days after claim construction ruling |
| LPR 1.3. Resumed Fact Discovery Closes | 42 days after claim construction ruling |
| LPR 5.1(b). Initial Expert Disclosures | 28 days after claim construction ruling or the close of resumed discovery |
| LPR 5.1(c). Rebuttal Expert Disclosures | 28 days after initial expert reports |
| LPR 5.2. Close of Expert Discovery | 28 days after rebuttal expert reports |

Date: December 5, 2023

Respectfully submitted,

By: /s/ Howard B. Rockman
Howard B. Rockman
Illinois ARDC #2361051
ROCKMAN, VIDEBECK & O'CONNOR
1s376 Summit Avenue, Court C
Oakbrook Terrace, IL 60181
Ph. 630-627-4552
Email: rockman@rvoiplaw.com

Yanling Jiang
Illinois ARDC #6309336
JiangIP
33 West Jackson Blvd.
Chicago, IL 60604
Ph. 630-733-9483
Email: yanling@jiangip.com

*Attorneys for Plaintiff*
*Dao Health*

By: /s/ Steven H. Sklar
Steven H. Sklar
Gregory C. Bays
Pei Raymond Chen, Ph.D.
  (*pro hac vice* forthcoming)
LEYDIG, VOIT & MAYER, LTD.
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza
180 N Stetson Ave, Suite 4900
Chicago, IL 60601-6731
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendant*
*Shenzhen Lutejiacheng Technology Co., Ltd.*

**SO ORDERED, THIS 6th DAY OF DECEMBER, 2023**

_____
Hon. Thomas M. Durkin, U.S.D.J.