IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>Defendant. | Civil Action No. 1:23-cv-04885 |

**STIPULATED ORDER TO EXTEND TIME**

Plaintiff Dao Health and Defendant Shenzhen Lutejiacheng Technology. Co., Ltd., by and through their undersigned attorneys, hereby jointly agree and stipulate to extend the following deadlines in the Joint Discovery Schedule (D.I. 31):

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| LPR 2.3 & 2.4. Initial Non-Infringement, Invalidity, and Unenforceability Contentions and Document Production | February 22, 2024 | February 29, 2024 |
| LPR 2.5. Initial Response to Non-Infringement, Invalidity, and Unenforceability Contentions | March 7, 2024 | March 21, 2024 |

1

Date: February 19, 2024

Respectfully submitted,

By: /s/ Meng Xi
Meng Xi
   Texas State Bar No. 24132850
   mxi@susmangodfrey.com
Shawn Blackburn
   Texas State Bar No. 24089989
   sblackburn@susmangodfrey.com
Bryce T. Barcelo
   Texas State Bar No. 24092081
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Tanner Laiche
   Washington State Bar No. 60450
   tlaiche@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
   Illinois ARDC No. 2361051
   rockman@rvoiplaw.com
**ROCKMAN, VIDEBECK & O'CONNOR, LLC**
1s376 Summit Ave., Court C
Oakbrook Terrace, Illinois 60181
Telephone: (630) 627-4552
Facsimile: (630) 627-2145

Yanling Jiang
   Illinois ARDC No. 6309336
   yanling@jiangip.com
Yi Bu
   Illinois ARDC No. 6328713

By: /s/ Steven H. Sklar
Steven H. Sklar
Gregory C. Bays
Pei Raymond Chen, Ph.D.
  (*pro hac vice* forthcoming)
**LEYDIG, VOIT & MAYER, LTD.**
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza
180 N Stetson Ave, Suite 4900
Chicago, IL 60601-6731
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendant
Shenzhen Lutejiacheng Technology Co., Ltd.*

**JIANGIP LLC**
33 West Jackson Blvd.
Chicago, Illinois 60604
Telephone: (630) 733-9483

*Attorneys for Plaintiff*
*Dao Health*

**SO ORDERED, THIS 22nd DAY OF FEBRUARY 2024**

_____
Hon. Thomas M. Durkin, U.S.D.J.