## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>Defendant. | Civil Action No. 1:23-cv-04885 |

## STIPULATED ORDER TO EXTEND TIME

Plaintiff Dao Health and Defendant Shenzhen Lutejiacheng Technology. Co., Ltd., by and through their undersigned attorneys, hereby jointly agree and stipulate to extend the following deadlines in the Joint Discovery Schedule (D.I. 31) as amended by Stipulated Order to Extend Time (D.I. 44):

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| LPR 2.3 & 2.4. Initial Non-Infringement, Invalidity, and Unenforceability Contentions and Document Production | February 29, 2024 | March 7, 2024 |
| LPR 2.5. Initial Response to Non-Infringement, Invalidity, and Unenforceability Contentions | March 21, 2024 | April 4, 2024 |

Date: February 27, 2024

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Meng Xi* <br> Meng Xi <br>  Texas State Bar No. 24132850 <br>  mxi@susmangodfrey.com <br> Shawn Blackburn <br>  Texas State Bar No. 24089989 <br>  sblackburn@susmangodfrey.com <br> Bryce T. Barcelo <br>  Texas State Bar No. 24092081 <br> bbarcelo@susmangodfrey.com <br> **SUSMAN GODFREY LLP** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002 <br> Telephone: (713) 651-9366 <br> Facsimile: (713) 654-6666 <br><br> Tanner Laiche <br>  Washington State Bar No. 60450 <br>  tlaiche@susmangodfrey.com <br> **SUSMAN GODFREY LLP** <br> 401 Union Street, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 505-3816 <br> Facsimile: (206) 516-3883 <br><br> Howard B. Rockman <br>  Illinois ARDC No. 2361051 <br>  rockman@rvoiplaw.com <br> **ROCKMAN, VIDEBECK & O'CONNOR, LLC** <br> 1s376 Summit Ave., Court C <br> Oakbrook Terrace, Illinois 60181 <br> Telephone: (630) 627-4552 <br> Facsimile: (630) 627-2145 <br><br> Yanling Jiang <br>  Illinois ARDC No. 6309336 <br>  yanling@jiangip.com <br> Yi Bu <br>  Illinois ARDC No. 6328713 | By: /s/ Steven H. Sklar <br> Steven H. Sklar <br> Gregory C. Bays <br> Pei Raymond Chen, Ph.D. <br>  (*pro hac vice* forthcoming) <br> **LEYDIG, VOIT & MAYER, LTD.** <br> ssklar@leydig.com <br> gbays@leydig.com <br> rchen@leydig.com <br> Two Prudential Plaza <br> 180 N Stetson Ave, Suite 4900 <br> Chicago, IL 60601-6731 <br> Telephone: (312) 616-5600 <br> Facsimile: (312) 616-5700 <br><br> *Attorneys for Defendant* <br> *Shenzhen Lutejiacheng Technology Co., Ltd.* |

**JIANGIP LLC**
33 West Jackson Blvd.
Chicago, Illinois 60604
Telephone: (630) 733-9483

*Attorneys for Plaintiff*
*Dao Health*

**SO ORDERED, THIS 28th DAY OF FEBRUARY 2024**

_____
Hon. Thomas M. Durkin, U.S.D.J.

3