UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>        Plaintiff,<br>vs.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>        Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

## JOINT SUBMISSION AND [PROPOSED] ORDER ON DEADLINE TO RESPOND TO THE AMENDED COMPLAINT

Plaintiff Dao Health and Defendant Shenzhen Lutejiacheng Technology. Co., Ltd. a/k/a Shenzhen Root E-Commerce Co., Ltd. d/b/a Momcozy ("Momcozy") by and through their undersigned attorneys, hereby jointly agree to modify Defendant Momcozy's time to respond under Fed. R. Civ. P. 15(a)(3) and stipulate that Momcozy shall have twenty-one (21) days from the date of filing of Dao Health's Amended Complaint for Patent Infringement ("Amended Complaint") to answer or otherwise respond to the Amended Complaint.

Date: March 1, 2024

Respectfully submitted,

By: */s/ Meng XI*
Meng Xi
  Texas State Bar No. 24132850
  mxi@susmangodfrey.com
Shawn Blackburn
  Texas State Bar No. 24089989
  sblackburn@susmangodfrey.com
Bryce T. Barcelo
  Texas State Bar No. 24092081
  bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**

By: */s/ Steven H. Sklar*
Steven H. Sklar
Gregory C. Bays
Pei Raymond Chen, Ph.D.
  (*pro hac vice* forthcoming)
**LEYDIG, VOIT & MAYER, LTD.**
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza
180 N Stetson Ave, Suite 4900

1

| | |
|---|---|
| 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Tanner Laiche<br>   Washington State Bar No. 60450<br>   tlaiche@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 505-3816<br>Facsimile: (206) 516-3883<br><br>Howard B. Rockman<br>   Illinois ARDC No. 2361051<br>   rockman@rvoiplaw.com<br>**ROCKMAN, VIDEBECK & O'CONNOR, LLC**<br>1s376 Summit Ave., Court C<br>Oakbrook Terrace, Illinois 60181<br>Telephone: (630) 627-4552<br>Facsimile: (630) 627-2145<br><br>Yanling Jiang<br>   Illinois ARDC No. 6309336<br>   yanling@jiangip.com<br>Yi Bu<br>   Illinois ARDC No. 6328713<br>**JIANGIP LLC**<br>33 West Jackson Blvd.<br>Chicago, Illinois 60604<br>Telephone: (630) 733-9483<br><br>*Attorneys for Plaintiff*<br>*Dao Health* | Chicago, IL 60601-6731<br>Telephone: (312) 616-5600<br>Facsimile: (312) 616-5700<br><br>*Attorneys for Defendant*<br>*Shenzhen Lutejiacheng Technology Co., Ltd.* |

**SO ORDERED, THIS \_\_\_\_ DAY OF _____ 2024**

_____
Hon. Thomas M. Durkin, U.S.D.J.