UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>            Plaintiff,<br>vs.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>            Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR ENTRY OF AGREED E-DISCOVERY ORDER

Plaintiff Dao Health and Defendant Shenzhen Lutejiacheng Technology. Co., Ltd., by and through their undersigned attorneys, hereby jointly agree and stipulate to the below proposed E-Discovery Order attached hereto as Exhibit A.

Date: June 21, 2024

Respectfully submitted,

By: */s/ Meng Xi*
Meng Xi
Texas State Bar No. 24132850
mxi@susmangodfrey.com
Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Bryce T. Barcelo
Texas State Bar No. 24092081
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

By: */s/ Steven H. Sklar*
Steven H. Sklar
Gregory C. Bays
Pei Raymond Chen, Ph.D.
  (*pro hac vice* forthcoming)
**LEYDIG, VOIT & MAYER, LTD.**
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza
180 N Stetson Ave, Suite 4900
Chicago, IL 60601-6731
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendant*

1

Tanner Laiche
Washington State Bar No. 60450
tlaiche@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
Illinois ARDC No. 2361051
rockman@rvoiplaw.com
**ROCKMAN, VIDEBECK & O'CONNOR, LLC**
1s376 Summit Ave., Court C
Oakbrook Terrace, Illinois 60181
Telephone: (630) 627-4552
Facsimile: (630) 627-2145

Yanling Jiang
Illinois ARDC No. 6309336
yanling@jiangip.com
Yi Bu
Illinois ARDC No. 6328713
**JIANGIP LLC**
33 West Jackson Blvd.
Chicago, Illinois 60604
Telephone: (630) 733-9483

*Attorneys for Plaintiff
Dao Health*

*Shenzhen Lutejiacheng Technology Co., Ltd.*

**SO ORDERED, THIS \_\_\_\_ DAY OF _____ 2024**

_____
Hon Thomas M. Durkin, U.S.D.J.