UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dao Health

    Plaintiff,

v.

Case No.: 1:23−cv−04885
Honorable Thomas M. Durkin

Shenzhen Lutejiacheng Technology Co., Ltd.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

    MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Magistrate Judge Beth W. Jantz for discovery supervision. Plaintiff currently has a Motion for Leave to File a Third Amended Complaint and Supplement its Infringement Contentions [70] pending before the District Judge. An amended complaint might impact the scope of the issues in Plaintiff's Motion to Compel [73], so the Motion [73] is DENIED without prejudice to refiling after the District Judge's ruling and after the Parties continue to meet and confer. Any renewed motion may not be filed without leave of the Court. Additionally, Defendant's Motion to Modify the Joint Discovery Schedule and Request for Status Conference [77] is GRANTED to the extent that the current discovery deadlines are stricken pending the District Judge's ruling and Plaintiff's potential filing of an amended complaint. For future reference, the Court will allow the Parties sufficient time to conduct any discovery that flows out of an amended complaint and any re−filed motion to compel. Requests to extend any non−discovery deadlines must be ruled on by the District Judge. A status hearing is set for 10/9/24 at 11:00 a.m. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.