IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, <br><br> Plaintiff, <br> v. <br><br> SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., <br><br> Defendant. | Civil Action No. 1:23-cv-04885 <br> District Judge Thomas M. Durkin <br> Magistrate Judge Beth W. Jantz |

## JOINT STIPULATION TO EXTEND THE FACT DISCOVERY DEADLINE

Plaintiff Dao Health ("Dao Health") and Defendant Shenzhen Lutejiancheng Technology Co., Ltd. ("Momcozy") file this Joint Stipulation to Extend the Fact Discovery Deadline.

On October 3, 2024, the Court entered an Order setting case deadlines. Dkt. 90. Subsequently, the parties have agreed that extending the deadline for the close of fact discovery is appropriate. No other deadlines are modified in the schedule proposed herein.

Accordingly, pursuant to Rule 29 of the Federal Rules of Civil Procedure, the parties hereby stipulate and request the Court extend the discovery deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | January 10, 2025 | March 7, 2025 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Date: December 31, 2024

Respectfully submitted,

By: /s/ Meng Xi

Meng Xi
mxi@susmangodfrey.com
Shawn Blackburn
sblackburn@susmangodfrey.com
Samuel Drezdzon
SDrezdzon@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Tanner Laiche
Washington State Bar No. 60450
tlaiche@susmangodfrey.com
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
Illinois ARDC #2361051
ROCKMAN, VIDEBECK & O'CONNOR
1s376 Summit Avenue, Court C
Oakbrook Terrace, IL 60181
Ph. 630-627-4552
Email: rockman@rvoiplaw.com

Yanling Jiang
Illinois ARDC #6309336
JiangIP
33 West Jackson Blvd.
Chicago, IL 60604
Ph. 630-733-9483
Email: yanling@jiangip.com

By: /s/ Steven H. Sklar
Steven H. Sklar
Gregory C. Bays
Pei Raymond Chen, Ph.D.
  (pro hac vice forthcoming)
LEYDIG, VOIT & MAYER, LTD.
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza
180 N Stetson Ave, Suite 4900
Chicago, IL 60601-6731
Telephone: (312) 616-5600
Facsimile:  (312) 616-5700

*Attorneys for Defendant
Shenzhen Lutejiacheng Technology Co., Ltd.*

*Attorneys for Plaintiff*
*Dao Health*


**SO ORDERED, THIS _____ DAY OF _____ 2025**


_____
BETH W. JANTZ
Hon. Beth W. Jantz, U.S.M.J.