# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>　　　　　Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

## DAO HEALTH'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Plaintiff Dao Health ("Dao Health") respectfully moves this Court for leave to file under seal its Motion For Leave to File a Fourth Amended Complaint ("Motion to Amend"), and the accompanying declaration and exhibits.

The Motion to Amend and supporting materials rely upon documents and information designated "Confidential" or "Highly Confidential" by Defendant. The agreed Protective Order instructs that "[a] party wishing to file under seal a document containing Confidential or Highly Confidential information must move the Court, consistent with Local Rule 26.2(b)." Dkt. 33 ¶ 6(a). In compliance with Local Rule 26.2(c), Dao Health will file a public, redacted version of the Motion to Amend and an unredacted, provisionally sealed version simultaneously with this motion.

Dao Health takes no position as to whether Defendant's confidentiality designations are appropriate and expressly reserve the right to challenge the confidentiality designations of Defendant.

Dao Health met and conferred with Defendant via email on December 23, 2024, and this

1

motion is unopposed.

Accordingly, Dao Health respectfully requests that the Court grant this Motion for Leave to File Under Seal its Motion to Amend and supporting materials.

Date: January 6, 2025

Respectfully submitted,

By: */s/ Tanner Laiche*
Meng Xi
   Texas State Bar No. 24132850
   mxi@susmangodfrey.com
Shawn Blackburn
   Texas State Bar No. 24089989
   sblackburn@susmangodfrey.com
Samuel Drezdzon
   Texas State Bar No. 24117374
   sdrezdzon@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Tanner Laiche
   Washington State Bar No. 60450
   tlaiche@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
   Illinois ARDC No. 2361051
   rockman@rvoiplaw.com
**ROCKMAN, VIDEBECK & O'CONNOR, LLC**
   1s376 Summit Ave., Court C
   Oakbrook Terrace, Illinois 60181
   Telephone: (630) 627-4552
   Facsimile: (630) 627-2145

Yanling Jiang
   Illinois ARDC No. 6309336

2

>yanling@jiangip.com
>Yi Bu
>Illinois ARDC No.
>**JIANGIP LLC**
>33 West Jackson Blvd.
>Chicago, Illinois 60604
>Telephone: (630) 733-9483
>
>***Attorneys for Plaintiff Dao Health***

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2025, the foregoing document was filed electronically in compliance with Local Rule 5.9(a), which will provide notice of the same to all counsel of record.

>*/s/ Tanner Laiche*
>Tanner Laiche

## CERTIFICATE OF CONFERENCE

I certify that the parties met and conferred via email on December 23, 2024, and this motion is unopposed.

>*/s/ Tanner Laiche*
>Tanner Laiche

3