## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>        Plaintiff,<br>vs.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>        Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

### AGREED BRIEFING SCHEDULE ON PLAINTIFF DAO HEALTH'S MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to the Local Rules and the Court's Case Procedures, the parties met and conferred and have agreed to the following briefing schedule for Plaintiff Dao Health's Motion for Leave to File a Fourth Amended Complaint ("Motion"):

| Event | Deadline |
|---|---|
| Defendant's deadline to respond to the Motion | 21 days after service of the Motion |
| Plaintiff Dao Health's deadline to reply in support of the Motion | 7 days after service of Defendant's response |

Dated: January 6, 2025

                                            Respectfully submitted,

                                            By: */s/ Tanner Laiche*
                                            Meng Xi
                                                Texas State Bar No. 24132850
                                                mxi@susmangodfrey.com
                                            Shawn Blackburn
                                                Texas State Bar No. 24089989
                                                sblackburn@susmangodfrey.com

Samuel Drezdzon
  Texas State Bar No. 24117374
  sdrezdzon@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Tanner Laiche
   Washington State Bar No. 60450
   tlaiche@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
  Illinois ARDC No. 2361051
  rockman@rvoiplaw.com
**ROCKMAN, VIDEBECK & O'CONNOR, LLC**
  1s376 Summit Ave., Court C
  Oakbrook Terrace, Illinois 60181
  Telephone: (630) 627-4552
  Facsimile: (630) 627-2145

Yanling Jiang
  Illinois ARDC No. 6309336
  yanling@jiangip.com
Yi Bu
  Illinois ARDC No.
**JIANGIP LLC**
  33 West Jackson Blvd.
  Chicago, Illinois 60604
  Telephone: (630) 733-9483

*Attorneys for Plaintiff Dao Health*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 6, 2025, the foregoing document was filed electronically in compliance with Local Rule 5.9(a), which will provide notice of the same to all counsel of record.

*/s/ Tanner Laiche*
Tanner Laiche

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to the Local Rules and the Court's Case Procedures, the parties met and conferred via email on December 23, 2024, and this briefing schedule is agreed.

*/s/ Tanner Laiche*
Tanner Laiche
