# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAO HEALTH,<br><br>              Plaintiff,<br><br>   v.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD.<br><br>              Defendant. | Civil Action No. 1:23-cv-04885<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Beth W. Jantz<br><br>**JURY TRIAL DEMANDED** |

## CLAIM CONSTRUCTION JOINT APPENDIX PURSUANT TO LPR 4.2(B)

Pursuant to Local Patent Rule 4.2(b), Plaintiff Dao Health and Defendant Shenzhen Lutejiancheng Technology Co., Ltd. hereby submit this Joint Appendix, which contains the asserted patents (U.S. Patent No. 7,559,915 ("the '915 Patent"); U.S. Patent No. 8,118,772 ("the '772 Patent"); and U.S. Patent No. 8,702,646 ("the '646 Patent")) and the prosecution history for each asserted patent.

A table containing the original production numbering and the Joint Appendix pagination ("JA") for the asserted patents and their prosecution histories is set forth below:

| Document | Joint Appendix Pages | Production Number |
|---|---|---|
| U.S. Patent No. 7,559,915 | JA0001-JA0020 | DAO_HEALTH00001999- DAO_HEALTH00002018 |
| U.S. Patent No. 8,118,772 | JA0021-JA0056 | DAO_HEALTH00001963- DAO_HEALTH00001998 |
| U.S. Patent No. 8,702,646 | JA0057-JA0064 | DAO_HEALTH00002178- DAO_HEALTH00002185 |
| Prosecution history for U.S Patent Application No. 11/104,776 ('915 Patent) | JA0065-JA0457 | DAO_HEALTH00001274- DAO_HEALTH00001666 |
| Prosecution history for U.S. Patent Application No. 12/113,563 ('772 Patent) | JA0458-JA0753 | DAO_HEALTH00001667- DAO_HEALTH00001962 |
| Prosecution history for U.S. Patent Application No. 13/585,250 ('646 Patent) | JA0754-JA0863 | DAO_HEALTH00002068- DAO_HEALTH00002177 |

Dated: January 8, 2025

/s/ Tanner Laiche
Meng Xi
Shawn Blackburn
Samuel Drezdzon
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 551-9366
*mxi@susumangodfrey.com*
*sblackburn@susmangodfrey.com*
*sdrezdezon@susmangodrey.com*

Tanner Laiche
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
*tlaiche@susumangodfrey.com*

Howard B. Rockman
ROCKMAN, VIDEBECK & O'CONNOR, LLC 1S376 Summit Avenue, Court C
Oakbrook Terrace, IL 60181 Telephone: (630) 627-4552
rockman@rvoiplaw.com

Yanling Jiang
Yi Bu
JIANGIP
33 West Jackson Blvd.
Chicago, IL 60604
Telephone: (630) 733-9483
yanling@jiangip.com
ybu@jiangip.com

*Attorneys for Plaintiff*
Dao Health

/s/ Steven H. Sklar
Steven H. Sklar
Gregory C. Bays
Nicole E. Kopinski
Pei Raymond Chen, Ph.D. (*pro hac vice forthcoming*)
LEYDIG, VOIT & MAYER, LTD.
ssklar@leydig.com
gbays@leydig.com
rchen@leydig.com
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendant*
Shenzhen Lutejiancheng Technology Co., Ltd.

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, a true and correct copy of the foregoing document and attachments was served on the following counsel of record via the Court's electronic filing system:

| | |
|---|---|
| Howard B. Rockman<br>ROCKMAN, VIDEBECK & O'CONNOR, LLC<br>1S376 Summit Avenue, Court C<br>Oakbrook Terrace, IL 60181<br>Telephone: (630) 627-4552<br>*rockman@rvoiplaw.com* | Yanling Jiang<br>Yi Bu<br>JIANGIP<br>33 West Jackson Blvd.<br>Chicago, IL 60604<br>Telephone: (630) 733-9483<br>*yanling@jiangip.com*<br>*ybu@jiangip.com* |
| Meng Xi<br>Shawn Blackburn<br>Samuel Drezdzon<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 551-9366<br>*mxi@susumangodfrey.com*<br>*sblackburn@susmangodfrey.com*<br>*sdrezdzon@susmangodfrey.com* | Tanner Laiche<br>SUSMAN GODFREY LLP<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>*tlaiche@susumangodfrey.com* |

*Attorneys for Plaintiff,*
*Dao Health*

                                            *s/ Steven H. Sklar*
                                            Steven H. Sklar
                                            LEYDIG, VOIT & MAYER, LTD.