**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dao Health

          Plaintiff,

v.                   Case No.:
                   1:23−cv−04885
                   Honorable Thomas
                   M. Durkin

Shenzhen Lutejiacheng Technology Co., Ltd.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

   MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney [286] is granted. Jory M. Hoffman, David Barkan, Carl E. Bruce, Matthew A. Colvin and the law firm of Fish & Richardson P.C. is substituted as attorney of record for Momcozy in place of Steven H. Sklar, Gregory C. Bays, Wesley O. Mueller, Paul J. Filbin, Nicole E. Kopinski, Wallace H. Feng, Pei Raymond Chen, Ph.D, and the law firm of Leydig, of Voit, & Mayer, Ltd. Motions to appear pro hac vice [287], [288], [289], [291] and [293] are granted. Attorneys Vidhu B. Joshi, Kelly Del Dotto, Yun Dong, Philip K. Chen and Matthew A. Colvin for Shenzhen Lutejiacheng Technology Co., Ltd. added. Attorneys Wallace Hua Feng, Paul J. Filbin, Nicole E. Kopinski, Wesley Otto Mueller, Steven H. Sklar, Gregory C. Bays and Pei Chen terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.