**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN LUTEJIANCHENG TECHNOLOGY CO., LTD., a/k/a SHENZHEN ROOT E-COMMERCE CO., LTD., a China Limited Company,<br><br>Defendant. | Civil Action No. 1:23-cv-04885<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Beth W. Jantz<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF DAO
HEALTH'S MOTION TO DISQUALIFY DEFENDANT'S EXPERT RUSH BARTLETT
PRESENTED BEFORE DISTRICT JUDGE BASED ON MOOTNESS**

Plaintiff Dao Health's Motion to Disqualify Defendant's Expert Rush Bartlett (D.I. 282) is moot. On June 30, 2026, Defendant Shenzhen Lutejiancheng Technology Co., Ltd. a/k/a Shenzhen Root E-Commerce Co., Ltd. (hereinafter, "Root"), informed Dao that Root did not intend to proceed with Dr. Rush Bartlett as an expert in the above-captioned case which moots the Motion. *See* Ex. A.

Respectfully submitted,

Dated: July 2, 2026

By: /s/ *Kelly Del Dotto*

Jory M. Hoffman
Illinois Bar No. 6313054
jmhoffman@fr.com
**FISH & RICHARDSON P.C.**
150 N. Riverside Plaza, Suite 2820
Chicago, IL 60606
(312) 278-2700  (Telephone)
(312) 873-4603 (Facsimile)

1

Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
Matthew A. Colvin
Texas Bar No. 24087331
colvin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

David Barkan
California Bar No. 160825
barkan@fr.com
Xiangjiu Wu
California Bar No. 363503
xwu@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
(650) 839-5070 (Telephone)
(650) 839-5071 (Facsimile)

Kelly Del Dotto
Delaware Bar No. 5969
allenspach.del.dotto@fr.com
Vidhu B. Joshi
Delaware Bar No. 7608
joshi@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)

Philip K. Chen
Massachusetts Bar No. 703289
pchen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive, Suite 1700
Boston, MA 02210
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

2

Yun Dong
California Bar No. 346210
dong@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070 (Telephone)
(858) 678-5099 (Facsimile)

Timothy C. Bickham
Washington, D.C. Bar No. 456414
timothy@bickhampartners.com
**BICKHAM PARTNERS LLC**
818 18th Street, NW
Suite 810 - 1041
Washington, D.C. 20006
(202) 468-9175 (Telephone)

*Attorneys for Defendant*
*Shenzhen Lutejiacheng Technology Co., Ltd.*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via CM/ECF on July 2, 2026, upon all counsel of record.

/s/ *Kelly Del Dotto*
Kelly Del Dotto