# EXHIBIT A

| | |
|---|---|
| **From:** | Kelly Del Dotto |
| **Sent:** | Monday, June 29, 2026 11:49 AM |
| **To:** | mxi@susmangodfrey.com; Tanner Laiche; Shawn Blackburn; wkelly@susmangodfrey.com |
| **Cc:** | David Barkan; Carl Bruce; Matt Colvin; Philip Chen; Jory Hoffman |
| **Subject:** | Dao Health v. Shenzhen Lutejiacheng Technology Co., Ltd., Case 1:23-cv-04885 |

Counsel,

Defendant has decided not to proceed with Dr. Rush Bartlett as an expert in this case in order to reduce the number of pending motions in the case. This moots Dao's Motion for Disqualification (D.I. 282). Defendant will file a statement of non-opposition to the motion based on mootness shortly.

Regards,
Kelly

**Kelly Allenspach Del Dotto ::** Principal **::** Fish & Richardson P.C.

302 778 8403 direct **::** allenspach.del.dotto@fr.com
Pronouns: she | her | hers

1