## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Dao Health

          Plaintiff,

v.
                                Case No.:
                                1:23−cv−04885

                                Honorable Thomas
                                M. Durkin

Shenzhen Lutejiacheng Technology Co., Ltd.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: The motion to disqualify Defendant's Expert Rush Bartlett [281] [282] is denied as moot in light of Defendant's notice that they do "not intend to proceed with Dr. Rush Barlett as an expert" [300]. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.