**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN LUTEJIACHENG TECHNOLOGY CO., LTD.,<br><br>Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' JOINT STATUS REPORT REGARDING DISCOVERY DISPUTES**

Pursuant to the Court's May 27, 2026 Minute Order (Dkt. 295), the Parties respectfully submit this Joint Status Report.

Proceedings before Special Master Grossman remain ongoing. On June 12, 2026, the Parties completed briefing on the outstanding discovery issues identified in the Parties' December 18, 2025 Joint Status Report regarding discovery disputes (Dkt. 253) ("JSR"). The Parties are currently scheduled to appear before the Special Master on July 17, 2026, for a hearing on Dao Health's Motion to Compel concerning Issues 2, 6, 7, and 8 identified in Section I of the JSR. A hearing has not yet been scheduled on the remaining issues identified in the JSR.

The Parties anticipate that, once the Special Master has resolved the remaining discovery disputes, any additional document production and written discovery ordered by the Special Master have been completed, and redeposition of Defendant's witnesses have been concluded, fact discovery will be substantially complete and the case will be positioned to proceed to expert discovery under Federal Rule of Civil Procedure 26. The Parties currently anticipate that the re-depositions of certain Defendant witnesses will occur this fall.

To facilitate the prompt resolution of the remaining discovery issues and the orderly progression of the case, the Parties anticipate submitting, following the Special Master's rulings on the outstanding issues identified in the JSR, either a joint proposed scheduling order or, if necessary, competing proposals for Judge Jantz establishing deadlines for the close of fact discovery, the exchange of expert reports, and the close of expert discovery.

Dated: July 16, 2026

Respectfully submitted,

By: /s/ Meng Xi
  Meng Xi
  Texas State Bar No. 24132850
  mxi@susmangodfrey.com
  Shawn Blackburn
  Texas State Bar No. 24089989
  sblackburn@susmangodfrey.com
  Samuel Drezdzon
  Texas State Bar No. 24117374
  sdrezdzon@susmangodfrey.com
  **SUSMAN GODFREY LLP**
  1000 Louisiana Street, Suite 5100
  Houston, TX 77002
  Telephone: (713) 651-9366
  Facsimile: (713) 654-6666

  Tanner Laiche
  Washington State Bar No. 60450
  tlaiche@susmangodfrey.com
  **SUSMAN GODFREY LLP**
  401 Union Street, Suite 3000
  Seattle, WA 98101
  Telephone: (206) 505-3816
  Facsimile: (206) 516-3883

  Howard B. Rockman
  Illinois ARDC No. 2361051
  rockman@rvoiplaw.com
  **ROCKMAN, VIDEBECK &**

By: /s/  Kelly Del Dotto
  Jory M. Hoffman
  Illinois Bar No. 6313054
  jmhoffman@fr.com
  **FISH & RICHARDSON P.C.**
  150 N. Riverside Plaza, Suite 2820
  Chicago, IL 60606
  (312) 278-2700 (Telephone)
  (312) 873-4603 (Facsimile)

  Carl E. Bruce
  Texas Bar No. 24036278
  bruce@fr.com
  Matthew A. Colvin
  Texas Bar No. 24087331
  colvin@fr.com
  **FISH & RICHARDSON P.C.**
  1717 Main Street, Suite 5000
  Dallas, Texas 75201
  (214) 747-5070 (Telephone)
  (214) 747-2091 (Facsimile)

  David Barkan
  California Bar No. 160825
  barkan@fr.com
  Xiangjiu Wu
  California Bar No. 363503
  xwu@fr.com
  **FISH & RICHARDSON P.C.**

**O'CONNOR, LLC**
1s376 Summit Avenue, Court C
Oakbrook Terrace, IL 60181
Telephone: (630) 627-4552
Facsimile: (630) 627-2145

Yanling Jiang
Illinois ARDC No. 6309336
yanling@jiangip.com
Yi Bu
Illinois ARDC No. 6328713
**JIANGIP LLC**
33 West Jackson Bouelvard
Chicago, IL 60604
Telephone: (630) 733-9483

*Attorneys for Plaintiff Dao Health*

500 Arguello Street, Suite 400
Redwood City, CA 94063
(650) 839-5070 (Telephone)
(650) 839-5071 (Facsimile)

Kelly Del Dotto
Delaware Bar No. 5969
allenspach.del.dotto@fr.com
Vidhu B. Joshi
Delaware Bar No. 7608
joshi@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)

Philip K. Chen
Massachusetts Bar No. 703289
pchen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive, Suite 1700
Boston, MA 02210
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Yun Dong
California Bar No. 346210
dong@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070 (Telephone)
(858) 678-5099 (Facsimile)

Timothy C. Bickham
Washington, D.C. Bar No. 456414
timothy@bickhampartners.com
**BICKHAM PARTNERS LLC**
818 18th Street, NW
Suite 810 - 1041
Washington, D.C. 20006
(202) 468-9175 (Telephone)

*Attorneys for Defendant*
*Shenzhen Lutejiacheng Technology Co., Ltd.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Tanner Laiche*

Tanner Laiche