**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dao Health

                                        Plaintiff,

v.                                                              Case No.:
                                                                1:23–cv–04885

                                                                Honorable Thomas
                                                                M. Durkin

Shenzhen Lutejiacheng Technology Co., Ltd.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

        MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' Joint Status Report (Dkt. [302]). The parties report that they are progressing through their discovery disputes with the Special Master. The parties shall submit a JSR regarding the status of their disputes and any other matters they wish to bring to the Court's attention by October 1, 2026. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.