**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAO HEALTH, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN LUTEJIACHENG TECHNOLOGY CO., LTD.,<br><br>Defendant. | Case No. 1:23-cv-04885<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' JOINT STATUS REPORT REGARDING DISCOVERY DISPUTES**

Pursuant to the Court's July 16, 2026 Minute Order (Dkt. 303), the Parties respectfully submit this Joint Status Report.

Proceedings before Special Master Grossman remain ongoing. On June 12, 2026, the Parties completed briefing on the outstanding discovery issues identified in the Parties' December 18, 2025 Joint Status Report regarding discovery disputes (Dkt. 253) ("JSR"). On July 17, 2026, the Parties appeared for a hearing on Dao Health's Motion to Compel concerning Issues 2, 6, 7, and 8 identified in Section I of the JSR. Minutes from the July 17 hearing were filed at Dkt. 304. On August 7, 2026, the Parties appeared for a hearing on Momcozy's Omnibus Motion to Compel concerning ESI-discovery identified in Section II of the JSR. Minutes from the August 7 hearing were filed at Dkt. 305. A hearing has not yet been scheduled on the final set of motions to compel covering the remaining issues identified in the JSR.

Dao Health contends that Momcozy has not complied with certain of the Special Master's Orders as reflected in Dkt. 304. Dao Health intends to seek appropriate relief from the Special Master, up to and including terminating sanctions based on this and other alleged discovery

failures. Momcozy disputes Dao Health's contentions and will oppose any such motion. The Parties are working with the Special Master to formalize a briefing schedule for that motion.

With respect to the email production the parties stipulated to at Dkt. 305, Dao Health anticipates completing its rolling email production to Momcozy by October 5, 2026. The Parties do not anticipate significant additional document production beyond this production.

Once document production is deemed complete and any discovery-related briefing has been resolved, the Parties anticipate scheduling the re-depositions of certain Defendant witnesses and any other remaining depositions during the fourth quarter of 2026 or the first quarter of 2027.

To facilitate the prompt resolution of the remaining discovery issues and the orderly progression of the case, the Parties anticipate submitting, following the Special Master's rulings on the outstanding issues identified in the JSR, either a joint proposed scheduling order or, if necessary, competing proposals for Judge Jantz establishing deadlines for the exchange of expert reports, the close of expert discovery, and pre-trial deadlines.

Dated: October 1, 2026

Respectfully submitted,

By: /s/ Meng Xi
Meng Xi
Texas State Bar No. 24132850
mxi@susmangodfrey.com
Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Samuel Drezdzon
Texas State Bar No. 24117374
sdrezdzon@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

By: /s/ Kelly Del Dotto
Jory M. Hoffman
Illinois Bar No. 6313054
jmhoffman@fr.com
**FISH & RICHARDSON P.C.**
150 N. Riverside Plaza, Suite 2820
Chicago, IL 60606
(312) 278-2700 (Telephone)
(312) 873-4603 (Facsimile)

Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
Matthew A. Colvin
Texas Bar No. 24087331

Tanner Laiche
Washington State Bar No. 60450
tlaiche@susmangodfrey.com
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3816
Facsimile: (206) 516-3883

Howard B. Rockman
Illinois ARDC No. 2361051
rockman@rvoiplaw.com
**ROCKMAN, VIDEBECK & O'CONNOR, LLC**
1s376 Summit Avenue, Court C
Oakbrook Terrace, IL 60181
Telephone: (630) 627-4552
Facsimile: (630) 627-2145

Yanling Jiang
Illinois ARDC No. 6309336
yanling@jiangip.com
Yi Bu
Illinois ARDC No. 6328713
**JIANGIP LLC**
33 West Jackson Boulevard
Chicago, IL 60604
Telephone: (630) 733-9483

*Attorneys for Plaintiff Dao Health*

colvin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

David Barkan
California Bar No. 160825
barkan@fr.com
Xiangjiu Wu
California Bar No. 363503
xwu@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 400
Redwood City, CA 94063
(650) 839-5070 (Telephone)
(650) 839-5071 (Facsimile)

Kelly Del Dotto
Delaware Bar No. 5969
allenspach.del.dotto@fr.com
Vidhu B. Joshi
Delaware Bar No. 7608
joshi@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)

Philip K. Chen
Massachusetts Bar No. 703289
pchen@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive, Suite 1700
Boston, MA 02210
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Yun Dong
California Bar No. 346210
dong@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130

(858) 678-5070 (Telephone)
(858) 678-5099 (Facsimile)

Timothy C. Bickham
Washington, D.C. Bar No. 456414
timothy@bickhampartners.com
**BICKHAM PARTNERS LLC**
818 18th Street, NW
Suite 810 - 1041
Washington, D.C. 20006
(202) 468-9175 (Telephone)

*Attorneys for Defendant*
*Shenzhen Lutejiacheng Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Tanner Laiche*
Tanner Laiche