**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dao Health

Plaintiff,

v.

Case No.: 1:23−cv−04885
Honorable Thomas M. Durkin

Shenzhen Lutejiacheng Technology Co., Ltd.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice [307] is granted. Attorney Ravi M. Gandhi for Shenzhen Lutejiacheng Technology Co., Ltd. added. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.